UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10575-RCL

JOHN GADOWSKI,
    Plaintiff

v.

TOWN OF WEST TISBURY, ET AL,
    Defendant

Motion to Extend Time for Return of Proof of Service

Now comes John E. Boyle, Attorney for John Gadowski and moves to extend time to return proof of service to the Court.

The Plaintiff respectfully requests an additional twenty days to return proof of service. Summons and complaint have been mailed and the additional time is necessary to obtain proof of service.

                                        John Gadowski,
                              by
                                        John E. Boyle, Esq.
                                        P. O. Box 5126
                                        Edgartown, MA 02539