UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10575-RCL

JOHN GADOWSKI,
Plaintiff

v.

TOWN OF WEST TISBURY, ET AL,
Defendant

## Motion to Extend Time for Return of Proof of Service

Now comes John E. Boyle, Attorney for John Gadowski and moves to extend time to return proof of service to the Court.

The Plaintiff respectfully requests an additional twenty days to return proof of service. Summons and complaint were attempted to be served; additional time is necessary to obtain proof of service.

John Gadowski,

by  *[signature]*
John E. Boyle, Esq.
P. O. Box 5126
Edgartown, MA 02539