≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

JOHN GADOWSKI

V.

TOWN OF WEST TISBURY, ET AL

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05 - 10575 RCL**

TO: (Name and address of Defendant)

DANIEL GOULDRUP
C/O WEST TISBURY POLICE DEPARTMENT
WEST TISBURY, MA 02575

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN E. BOYLE
26 CHURCH STREET
P. O. BOX 5126
EDGARTOWN, MA 02539
(508)627-4331

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH THORNTON

CLERK

(By) DEPUTY CLERK

DATE  SEP 14 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

County of Dukes County, ss.  September 21, 2005

    I hereby certify and return that I this day served an attested copy of the within Summons, together with a copy of the Complaint, in this action, upon the within named defendant, Daniel Gouldrup, in the following manner: by delivering, in hand, to said defendant.

Fees:
|  |  |
|---|---|
| service, in hand | 30.00 |
| travel/auto hire | 7.65 |
| attested copies | 5.00 |
| return & mailing | 3.50 |
| Total: | 46.15 |

Linda J. Hanover
Deputy Sheriff
County of Dukes County

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                         Signature of Server

                                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.