UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10575-RCL

```
_____
                               *
JOHN GADOWSKI                  *
      Plaintiff                *
                               *
v.                             *
                               *
TOWN OF WEST TISBURY           *
AND WEST TISBURY POLICE        *
DEPARTMENT, HERBERT            *
MOODY, DANIEL GOULDRUP,        *
DANIEL ROSSI                   *
      Defendants               *
                               *
_____*
```

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter my appearance on behalf of the Defendants, Town of West Tisbury, West Tisbury Police Department, Herbert Moody, Daniel Gouldrup, and Daniel Rossi.

DEFENDANTS
TOWN OF WEST TISBURY
WEST TISBURY POLICE DEPARTMENT
HERBERT MOODY, DANIEL
GOULDRUP, DANIEL ROSSI
By their Attorneys,

WYNN & WYNN, P.C.

/s/ Charles D. Mulcahy
Charles D. Mulcahy
BBO #359360
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA   02767
(508) 823-4567
cmulcahy@wynnandwynn.com

October 11, 2005