UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10575-RCL

```
_____
                                *
JOHN GADOWSKI                   *
      Plaintiff                 *
                                *
v.                              *
                                *
TOWN OF WEST TISBURY            *
AND WEST TISBURY POLICE         *
DEPARTMENT, HERBERT             *
MOODY, DANIEL GOULDRUP,         *
DANIEL ROSSI                    *
      Defendants                *
                                *
_____ *
```

## AUTOMATIC REQUIRED DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a) AND LOCAL RULE 26.2

Now come the Defendants, Town of West Tisbury, West Tisbury Police Department, Herbert Moody, Daniel Gouldrup, and Daniel Rossi, pursuant to Fed.R.Civ.P. 26(a) and Rule 26.2 of the Local Rules of the United States District Court for the District of Massachusetts and makes the following required disclosures:

**(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.**

The following are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings. Each of the following is able to be contacted via the Town of West Tisbury which is located at the Municipal Building, State Road, West Tisbury, MA. Telephone number 508-696-0100 or at the Office of the Police Chief, 508-693-0020.

    Chief Beth Toomey
    Herbert Moody
    Daniel Gouldrup
    Daniel Rossi

**(B) A copy of, or a description by category and location of, all documents, date compilations, and tangible things in the possession, custody, or control of the party that are relevant to the disputed facts alleged with particularity in the pleadings.**

The policies and procedures applicable to the West Tisbury Police and the Town of West Tisbury are available for viewing and photocopying.

**(C) A computation of any category of damages claimed by the disclosing party, making available;**

Not applicable.

**(D) For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a Judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the Judgment.**

The insurer, Legion, was declared insolvent. The applicable entity now handling this claim is the Massachusetts Insurers Insolvency Fund (MIIF).

DEFENDANTS
TOWN OF WEST TISBURY
WEST TISBURY POLICE DEPARTMENT
HERBERT MOODY, DANIEL GOULDRUP, DANIEL ROSSI
By their Attorneys,

WYNN & WYNN, P.C.

/s/ Charles D. Mulcahy
Charles D. Mulcahy
BBO #359360
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA   02767
(508) 823-4567
cmulcahy@wynnandwynn.com

November 22, 2005