UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10575-RCL

_____
                                                *
JOHN GADOWSKI                     *
          Plaintiff                        *
                                                *
v.                                              *
                                                *
TOWN OF WEST TISBURY        *
AND WEST TISBURY POLICE     *
DEPARTMENT, HERBERT          *
MOODY, DANIEL GOULDRUP,   *
DANIEL ROSSI                         *
          Defendants                      *
_____  *

**JOINT SCHEDULING STATEMENT**

1.    DISCOVERY PLAN

      The parties propose the following discovery plan:

      a.    Automatic document disclosure to be completed on or about December 15, 2005;
      b.    All written discovery shall be served on or before February 28, 2006 and shall be completed by June 30, 2006;
      c.    Supplemental written discovery requests shall be served on or before August 15, 2006;
      d.    All non-expert depositions to be completed by April 30, 2006;
      e.    Plaintiff's expert witnesses shall be designated by May 15, 2006 and Defendants' expert witnesses shall be designated within 30 days after Plaintiff's disclosure;
      f.    All expert depositions shall be completed within 30 days of Defendants' expert designation.

2.    MOTION SCHEDULE

      a.    All dispositive motions are to be filed on or before September 30, 2006;

3.    ADR SCHEDULE

If the parties agree to submit this matter to alternative dispute resolution through the court-sponsored mediation program, they shall schedule mediation for a mutual agreeable time after the completion of discovery.

4.    CERTIFICATIONS

The parties will file L.R. 16.1 certifications of conferral on or before the date of the scheduling conference.

5.    CONSENT TO TRIAL BY MAGISTRATE

The parties consent to trial of this matter before a magistrate judge.


PLAINTIFF                                           DEFENDANTS
By his Attorney                                     By their Attorneys,

                                                    WYNN & WYNN, P.C.

/s/John E. Boyle
John E. Boyle                                       /s/ Charles D . Mulcahy
BBO #052640                                         Charles D. Mulcahy
26 Church Street                                    BBO #359360
Edgartown, MA    02539                              Wynn & Wynn, P.C.
(508) 627-4331                                      90 New State Highway
                                                    Raynham, MA    02767
                                                    (508) 823-4567
                                                    cmulcahy@wynnandwynn.com


December 2, 2005