UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10575-RCL

_____
\*
JOHN GADOWSKI                         \*
    Plaintiff                          \*
\*
v.                                    \*
\*
TOWN OF WEST TISBURY                  \*
AND WEST TISBURY POLICE               \*
DEPARTMENT, HERBERT                   \*
MOODY, DANIEL GOULDRUP,               \*
DANIEL ROSSI                          \*
    Defendants                        \*
\*
_____

## DEFENDANTS, TOWN OF WEST TISBURY, HERBERT MOODY, DANIEL GOULDRUP, DANIEL ROSSI'S MOTION TO DISMISS, OR, ALTERNATIVELY FOR SANCTIONS AGAINST PLAINTIFF

The Defendants, Town of West Tisbury, Herbert Moody, Daniel Gouldrup, and Daniel Rossi (hereinafter the "Defendants"), hereby move this Honorable Court, Pursuant to Federal Rules of Civil Procedure 41(b) and 37(b)(2)(C) to dismiss the complaint against them or in the alternative, move for sanctions against plaintiff.

In further support hereof, Defendants submit their Memorandum of Law in Support of Their Motion to Dismiss annexed hereto.

Wherefore, the defendants respectfully move this Honorable Court to allow their Motion to Dismiss, with prejudice, together with costs and attorney's fees.

                                                        Respectfully submitted,
                                                        For the Defendants,
                                                        By their Attorneys,


WYNN & WYNN, P.C.

/s/ Charles D. Mulcahy
Charles D. Mulcahy
BBO #359360
Wynn & Wynn, P.C.
90 New State Highway
Raynham, MA   02767
(508) 823-4567
cmulcahy@wynnandwynn.com

Dated:  August 23, 2006