UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**<u>JOHN GADOWSKI</u>**

**V.**                                              **CIVIL ACTION NO. <u>05-10575-RCL</u>**

**<u>TOWN OF WEST TISBURY, ET AL</u>**

**<u>JUDGMENT OF DISMISSAL</u>**

LINDSAY, D.J.

     In accordance with the Court's Order of <u>September 20, 2006</u> allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: <u>Judgment for the defendants, Town of West Tisbury, West Tisbury Police Department, Herbert Moody, Daniel Gouldrup. and Daniel Rossi</u> dismissing this action.

September 20, 2006                                              /s/ Lisa M. Hourihan
                                                                           Deputy Clerk